AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Regina L. Nolte, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Dino Franklin Jr., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:20-cv-05585-SK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE EXHIBIT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Neil K. Sawhney & Matt Wessler    Kristi C. Kelly & Andrew J. Guzzo
    GUPTA WESSLER PLLC    KELLY GUZZO PLC
    100 Pine Street, Suite 1250    3925 Chain Bridge Road, Suite 202
    San Francisco, CA 94111    Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 08/17/2020                 _____ A. Kokich
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-05585-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit A

FRANKLIN JR., DINO
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA  95403

MCGILL, GLENDA JACOB,
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA  95403

ANTONE, TARA
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA  95403

GOMES, SAVANNAH
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA  95403

ADAM, MARLENE
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA  95403

SMITH, SUSAN G.
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA  95403

MURO , ELAYNE
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA  95403

ATCHLEY, NAOMI
C/O Kashia Services dba Oxford Financial Services
P.O. Box 93
Santa Rosa, CA 95402


ANTONE, ADRIENNE
C/O Kashia Services dba Oxford Financial Services
P.O. Box 93
Santa Rosa, CA 95402

Franklin, Derick,
C/O Kashia Services dba Oxford Financial Services
P.O. Box 93
Santa Rosa, CA 95402

Pinola, Sandy
C/O Kashia Services dba Oxford Financial Services
P.O. Box 93
Santa Rosa, CA 95402

Defendants.