Neil K. Sawhney (State Bar No. 300130)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*neil@guptawessler.com*

Matthew H.W. Wessler*
GUPTA WESSLER PLLC
1035 Cambridge Street, Suite One
Cambridge MA 02141
(617) 286-2392
*matt@guptawessler.com*

Kristi C. Kelly*
Andrew J. Guzzo*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7570
*kkelly@kellyguzzo.com*
*aguzzo@kellyguzzo.com*

*Attorneys for Plaintiff Regina L. Nolte*
\* *pro hac vice* forthcoming

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

| | |
|---|---|
| REGINA L. NOLTE, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DINO FRANKLIN JR., TRIBAL CHAIRMAN OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in his official and individual capacities*; GLENDA JACOB MCGILL, VICE CHAIR OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; TARA ANTONE, SECRETARY OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; SAVANNAH GOMES, TREASURER OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; MARLENE ADAM, MEMBER AT LARGE OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; SUSAN G | Civil Action No. 3:20-cv-05585<br><br>**MATTHEW W.H. WESSLER APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

| | |
|---|---|
| 1 | SMITH, MEMBER AT LARGE OF THE KASHIA BAND OF POMO INDIANS |
| 2 | OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her* |
| 3 | *official and individual capacities*; ELAYNE MURO MEMBER AT LARGE OF THE |
| 4 | KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT |
| 5 | RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; NAOMI |
| 6 | ATCHLEY, *in her individual capacity*; ADRIENNE ANTONE, *in her individual* |
| 7 | *capacity*; DERICK FRANKLIN, *in his individual capacity*; SANDY PINOLA *in her* |
| 8 | *individual capacity*; and JOHN DOES NOS. 1-20, |
| 9 | |
| 10 | Defendants. |

## APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)

I, Matthew W.H. Wessler, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing Regina L. Nolte in the above-entitled action. My address of record is 1035 Cambridge Street, Suite One Cambridge MA 02141. My telephone number is (202) 888-1741 and my e-mail address is matt@guptawessler.com.

My local co-counsel in this case is Neil K. Sawhney, an attorney who is a member of the bar of this Court in good standing (State Bar No. 300130) and who maintains an office within the

*Pro hac vice* Application and Order          2

State of California at 100 Pine Street, Suite 1250, San Francisco, CA 94110. Mr. Sawhney's telephone number is (415) 573-0336. Mr. Sawhney's email address is neil@guptawessler.com.

I am an active member in good standing of the District of Columbia Court of Appeals (Bar No. 985241). A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I am not regularly engaged in the practice of law in California.

I declare under penalty of perjury that the foregoing is true and correct.

August 19, 2020

Respectfully submitted,
*/s/ Matthew H.W. Wessler*
Matthew H.W. Wessler\*
GUPTA WESSLER PLLC
1035 Cambridge Street, Suite One
Cambridge MA 02141
(617) 286-2392
*matt@guptawessler.com*

\* *pro hac vice* forthcoming

*Pro hac vice* Application and Order                3

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Matthew W.H. Wessler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co counsel designated in the application will constitute notice to the party.

Dated: _____
United States District/Magistrate Judge

*Pro hac vice* Application and Order            4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2020, I electronically filed the foregoing pro hac vice application with the Clerk of the Court for the U.S. District Court for the Northern District of California by using the CM/ECF system.

*/s/ Neil K. Sawhney*
Neil K. Sawhney

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Matthew W H Wessler*

was duly qualified and admitted on December 8, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 17, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.