# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Regina L. Nolte, individually and on behalf of others similarly situated

**Plaintiff**

Case No.: 3:20-cv-05585-SK

vs.

Dino Franklin, Jr., et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Rebecca E. Short, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons with Exhibit A, CA Notice and Acknowledgment of Receipt - Civil, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for Magistrate Judge Sallie Kim, Standing Order for All Judges of the Northern District of California, Joint Case Management Statement & Proposed Order, and Complaint

SERVE TO: Glenda Jacob McGill

SERVICE ADDRESS: Kashia Band of Pomo Indians Tribal Council, 1420 Guerneville Road, Suite 1, Santa Rosa, California 95403

METHOD OF SERVICE: By mailing the documents listed herein to Glenda Jacob McGill at Kashia Band of Pomo Indians Tribal Council, 1420 Guerneville Road, Suite 1, Santa Rosa, California 95403 on 08/24/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7018 3090 0000 6834 5329. Service was signed for on 08/28/2020, return receipt attached.

I declare under penalty of perjury that this information is true.

09/16/2020
Executed On

Rebecca E. Short

Client Ref Number: N/A
Job #: 1580711

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Glenda Jacob McGill
   Kashia Band of Pomo Indians Tribal Council
   1420 Guerneville Road, Suite 1
   Santa Rosa, CA 95403

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 6/7/4

D. Is delivery address different from item 1? ☒ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7018 3090 0000 6834 5329

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Regina L. Nolte, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Dino Franklin Jr., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:20-cv-05585-SK<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE EXHIBIT A


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Neil K. Sawhney & Matt Wessler       Kristi C. Kelly & Andrew J. Guzzo
GUPTA WESSLER PLLC                  KELLY GUZZO PLC
100 Pine Street, Suite 1250         3925 Chain Bridge Road, Suite 202
San Francisco, CA 94111             Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: 08/17/2020                          _____ A. Kokich
                                          *Signature of Clerk or Deputy Clerk*

# Exhibit A

FRANKLIN JR., DINO
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA 95403

MCGILL, GLENDA JACOB,
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA 95403

ANTONE, TARA
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA 95403

GOMES, SAVANNAH
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA 95403

ADAM, MARLENE
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA 95403

SMITH, SUSAN G.
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA 95403

MURO, ELAYNE
Kashia Band of Pomo Indians Tribal Council
1420 Guerneville Road – Suite 1
Santa Rosa, CA 95403

ATCHLEY, NAOMI
C/O Kashia Services dba Oxford Financial Services
P.O. Box 93
Santa Rosa, CA 95402


ANTONE, ADRIENNE
C/O Kashia Services dba Oxford Financial Services
P.O. Box 93
Santa Rosa, CA 95402

FRANKLIN, DERICK,
C/O Kashia Services dba Oxford Financial Services
P.O. Box 93
Santa Rosa, CA 95402

PINOLA, SANDY
C/O Kashia Services dba Oxford Financial Services
P.O. Box 93
Santa Rosa, CA 95402

Defendants.

2