VAN NESS FELDMAN LLP
Brian L. Zagon, SBN 142403
Allison E. McAdam, SBN 226836
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 282-8016
Email: bzagon@vnf.com
       amcadam@vnf.com

Patrick O. Daugherty (*Pro Hac Vice Forthcoming*)
VAN NESS FELDMAN LLP
1050 Thomas Jefferson Street, NW
Washington, DC 20007
Telephone: (202) 298-1810
Facsimile: (202) 338-2416
Email: pod@vnf.com

Edward D. Gehres, III (*Pro Hac Vice Forthcoming*)
KRINO LLP
1050 30th Street, NW
Washington, DC 20007
Telephone: (202) 794-7035
Email: edg@krinolaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA L. NOLTE, individually and on behalf of others similar situated,<br><br>    Plaintiff,<br><br>v.<br><br>DINO FRANKLIN JR., TRIBAL CHAIRMAN OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA, et al.,<br><br>    Defendants. | Case No:  Case No. 20-cv-05585-SK<br><br>**CONSENT MOTION FOR EXTENSION OF TIME AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Judge Sallie Kim<br><br>Complaint Filed:  August 12, 2020 |

Defendants (as defined immediately below), by counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 6-3 of the Local Rules of this Court, hereby move for an extension of time within which Defendants shall file their responsive pleading(s) in this matter to November 1, 2020.  Defendants include:

- Dino Franklin, Jr., Chairman, Kashia Band of Pomo Indians of the Stewarts Point Rancheria, a federally-recognized Indian Tribe,[1] sued in his official and individual capacities;

- Glenda Jacob McGill, Vice Chair of the Tribal Council of the Kashia Band of Pomo Indians of the Stewarts Point Rancheria, sued in her official and individual capacities;

- Marlene Adam, Secretary of the Tribal Council of the Kashia Band of Pomo Indians of the Stewarts Point Rancheria, sued in her official and individual capacities;[2]

- Savannah Gomes, Treasurer of the Tribal Council of the Kashia Band of Pomo Indians of the Stewarts Point Rancheria, sued in her official and individual capacities;

- Tara Antone, Member-at-Large, of the Tribal Council of the Kashia Band of Pomo Indians of the Stewarts Point Rancheria, sued in her official and individual capacities;[3]

- Susan G. Smith, Member-at-Large, of the Tribal Council of the Kashia Band of Pomo Indians of the Stewarts Point Rancheria, sued in her official and individual capacities;

- Elayne Muro, Member-at-Large, of the Tribal Council of the Kashia Band of Pomo Indians of the Stewarts Point Rancheria, sued in her official and individual capacities;

- Derick Franklin, Chair of the Board of Directors of Kashia Services, a tribal business entity formed, owned, operated, and regulated by the Kashia Band of Pomo Indians of the Stewarts Point Rancheria, sued in his individual capacity;

- Naomi Atchley, Vice Chair of the Board of Directors of Kashia Services, sued in her individual capacity;

- Adrienne Antone, Secretary of the Board of Directors of Kashia Services, sued in her individual capacity;

- Sandy Pinola, Assistant Office Manager, Kashia Services, sued in her individual capacity.

---

[1] Indian Entities Recognized by and Eligible To Receive Services From the United States Bureau of Indian Affairs, 85 Fed. Reg. 5,462 (Jan. 30, 2020).

[2] Secretary Adam is incorrectly identified in the Complaint as a Member-at-Large of the Tribal Council.

[3] Member-at-Large Antone is incorrectly identified in the Complaint as the Secretary of the Tribal Council.

Defendants state the following in support this Consent Motion for Extension of Time:

1. Plaintiff filed a Class Action Complaint (the "Complaint") in the above-captioned matter on August 12, 2020.

2. Plaintiff asserts that service of process on Defendants was made via U.S. Mail to the Office of the Kashia Band of Pomo Indians Tribal Council in Santa Rosa, California and to a P.O. Box. *See* ECF Nos. 14-24.

3. Undersigned counsel for Defendants was recently retained by all Defendants in this matter and continues to review the factual and legal allegations contained in the Complaint and seeks additional time to respond to the allegations.

4. Counsel for Defendants has communicated with counsel for Plaintiffs, who are agreeable to, and consent to, the requested extension.

5. Accordingly, Defendants move this Court to extend the deadline for Defendants to file their responsible pleadings to November 1, 2020.

6. This is Defendants' first motion for extension of time in this action.

7. As demonstrated by the fact that this is a Consent Motion, the requested extension will neither prejudice Plaintiffs nor result in undue delay.

8. The additional time will permit counsel for Defendants to explore whether a joint response can be made on behalf of all Defendants.

9. Seven of the eleven Defendants are elected members of the Tribal Council of the Kashia Band of Pomo Indians of the Stewarts Point Rancheria. The Tribal Council is responsible for managing the Tribe's Coronavirus response efforts. Additionally, since the filing of the suit, these elected officials have had to devote significant time to responding to wildfires threatening the Stewarts Point Rancheria, resulting in evacuation warnings and mandatory evacuations.

Defendants also request, and Plaintiff does not oppose, continuing the Initial Case Management Conference, previously set for November 16, 2020, to a date after Defendants file their responsive pleadings in this matter and after Plaintiff has had an opportunity to respond to any filings made by Defendants.

Defendants make this request without prejudice to their ability to later raise jurisdictional defenses

as appropriate.

A proposed Order is attached for the Court's consideration.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this Consent Motion for Extension of Time and enter an Order extending the time within which they may file responsive pleadings up to and including November 1, 2020 and that the Initial Case Management Conference be reset for a date after Defendants file their responsive pleadings in this matter and after Plaintiff has had an opportunity to respond to any filings made by Defendants.

DATED:  September 23, 2020                           **VAN NESS FELDMAN LLP**

By:     */s/ Brian L. Zagon*
    Brian L. Zagon
    Allison E. McAdam

    Patrick O. Daugherty (*Pro Hac Vice Forthcoming*)
    VAN NESS FELDMAN LLP
    1050 Thomas Jefferson Street, NW
    Washington, DC 20007
    Telephone: (202) 298-1810
    Facsimile: (202) 338-2416
    Email: pod@vnf.com

    Edward D. Gehres, III (*Pro Hac Vice Forthcoming*)
    KRINO LLP
    1050 30th Street, NW
    Washington, DC 20007
    Telephone: (202) 794-7035
    Email: edg@krinolaw.com

*Attorneys for Defendants*