Neil K. Sawhney (State Bar No. 300130)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
neil@guptawessler.com

Matthew H.W. Wessler*
GUPTA WESSLER PLLC
1035 Cambridge Street, Suite One
Cambridge MA 02141
(617) 286-2392
matt@guptawessler.com

Kristi C. Kelly*
Andrew J. Guzzo*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7570
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com

*Attorneys for Plaintiff Regina L. Nolte*
* *pro hac vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## Oakland Division

| | |
|---|---|
| REGINA L. NOLTE, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DINO FRANKLIN JR., TRIBAL CHAIRMAN OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in his official and individual capacities*; GLENDA JACOB MCGILL, VICE CHAIR OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; TARA ANTONE, SECRETARY OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; SAVANNAH GOMES, TREASURER OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; MARLENE ADAM, MEMBER AT LARGE OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; SUSAN G | Civil Action No. 4:20-cv-05585<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**ORDER APPROVING STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUING HEARING**<br><br>Date: December 22, 2020<br>Time: 2:00pm<br>Courtroom: 1<br><br>Trial Date: Not Set<br>Action Filed: August 12, 2020 |

| | |
|---|---|
| 1 | SMITH, MEMBER AT LARGE OF THE KASHIA BAND OF POMO INDIANS |
| 2 | OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her* |
| 3 | *official and individual capacities*; ELAYNE MURO MEMBER AT LARGE OF THE |
| 4 | KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT |
| 5 | RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; NAOMI |
| 6 | ATCHLEY, *in her individual capacity*; ADRIENNE ANTONE, *in her individual* |
| 7 | *capacity*; DERICK FRANKLIN, *in his individual capacity*; SANDY PINOLA *in her* |
| 8 | *individual capacity*; and JOHN DOES NOS. 1-20, |
| 9 | |
| 10 | Defendants. |

## STIPULATION

WHEREAS, the defendants filed their motion to dismiss (ECF No. 41) on November 2, 2020, currently set for hearing on December 22, 2020,

WHEREAS, the briefing schedule under Local Rule 7-3 would permit only two weeks for the plaintiff to respond and one week for the defendants to reply,

WHEREAS, the parties conferred and prefer an alternate briefing schedule and rescheduled hearing date that will (1) accommodate constraints on counsel's schedules arising from other matters, pre-scheduled vacation, and the upcoming winter holidays, and (2) preserve two weeks between the reply brief and noticed hearing date,

WHEREAS, Local Rules 6-1(b) and 7-7(b) requires the parties to obtain a court order when extending or shortening time in a way that alters a filing deadline and when continuing a noticed hearing date, and,

THE PARTIES STIPULATE TO AND JOINTLY REQUEST THE COURT TO ORDER the following schedule for briefing the defendants' motion to dismiss:

| | | |
|---|---|---|
| Plaintiff's response due: | December 16, 2020 | |
| Defendants' reply due: | January 6, 2021 | |
| Hearing date (continued): | January 26, 2021 | |

Dated: November 11, 2020  /s/  Neil K. Sawhney
Neil K. Sawhney (State Bar No. 300130)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
neil@guptawessler.com

*Attorney for Plaintiff Regina Nolte*

Dated: November 11, 2020  /s/  Patrick O. Daugherty
Patrick O. Daugherty (*pro hac vice*)
VAN NESS FELDMAN LLP
1050 Thomas Jefferson Street, NW
Washington, DC 20007
 (202) 298-1810
pod@vnf.com

*Attorney for Defendants*

As the attorney e-filing this document, Neil K. Sawhney attests that Patrick O. Daughtery concurred in the filing of this document. */s/ Neil K. Sawhney*

**[PROPOSED] ORDER**

Plaintiff Regina Nolte and Defendants Dino Franklin, Jr., *et al.*, stipulated to a briefing schedule on Defendants' motion to dismiss (ECF No. 41) and to a continuance of the noticed hearing date currently set for December 22, 2020, at 2:00pm. Finding good cause, this Court hereby continues the hearing and adopts the following schedule:

Plaintiff's response due:     December 16, 2020

Defendants' reply due:       January 6, 2021

Hearing date (continued):    January 26, 2021

**IT IS SO ORDERED.**

Dated:  November 13, 2020

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Stipulation and ~~Proposed~~ Order Setting Briefing Schedule on Motion to Dismiss (4:20-cv-05585)
3