Neil K. Sawhney (State Bar No. 300130)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
neil@guptawessler.com

Matthew H.W. Wessler*
GUPTA WESSLER PLLC
1035 Cambridge Street, Suite One
Cambridge MA 02141
(617) 286-2392
matt@guptawessler.com

Kristi C. Kelly*
Andrew J. Guzzo*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7570
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com

*Attorneys for Plaintiff Regina L. Nolte*
* *pro hac vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## Oakland Division

| | |
|---|---|
| REGINA L. NOLTE, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DINO FRANKLIN JR., TRIBAL CHAIRMAN OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in his official and individual capacities*; GLENDA JACOB MCGILL, VICE CHAIR OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; TARA ANTONE, SECRETARY OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; SAVANNAH GOMES, TREASURER OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; MARLENE ADAM, MEMBER AT LARGE OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual* | Civil Action No. 4:20-cv-05585<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Trial Date: Not Set<br>Action Filed: August 12, 2020 |

*capacities*; SUSAN G SMITH, MEMBER AT LARGE OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; ELAYNE MURO MEMBER AT LARGE OF THE KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA TRIBAL COUNCIL, *in her official and individual capacities*; NAOMI ATCHLEY, *in her individual capacity*; ADRIENNE ANTONE, *in her individual capacity*; DERICK FRANKLIN, *in his individual capacity*; SANDY PINOLA *in her individual capacity*; and JOHN DOES NOS. 1-20,

Defendants.

## STIPULATION

WHEREAS, Plaintiff Regina L. Nolte filed her Class Action Complaint (ECF No. 1) against Defendants alleging claims for damages, injunctive relief, and declaratory relief under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1962(c) & (d), and the Illinois Uniform Consumer Credit Code, Ind. Code §§ 24-4.5-7-409 & 24-4.5-5-202, on August 12, 2020;

WHEREAS, Defendants filed their motion to dismiss (ECF No. 41) on November 2, 2020;

WHEREAS, Plaintiff and Defendants have considered the uncertainties of further litigation, trial, and potential appeals in this matter; the costs, risks, and delays associated with the litigation process; and the benefits of the proposed settlement; and the parties have entered into a settlement agreement to resolve their disputes;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that, except as set forth in the settlement agreement between them, the parties shall bear their own attorney's fees, expenses, and costs.

1    IT IS SO STIPULATED, THROUGH COUNSEL.

2    Dated: January 7, 2021                    */s/*   *Neil K. Sawhney*
                                               Neil K. Sawhney (State Bar No. 300130)
3                                              GUPTA WESSLER PLLC
                                               100 Pine Street, Suite 1250
4                                              San Francisco, CA 94111
                                               (415) 573-0336
5                                              neil@guptawessler.com

6
                                               *Attorney for Plaintiff*
7

8    Dated: January 7, 20201                   */s/*   *Patrick O. Daugherty*
                                               Patrick O. Daugherty (*pro hac vice*)
9                                              VAN NESS FELDMAN LLP
                                               1050 Thomas Jefferson Street, NW
10                                             Washington, DC 20007
                                                (202) 298-1810
11                                             pod@vnf.com

12
                                               *Attorney for Defendants*
13

14   As the attorney e-filing this document, Neil K. Sawhney attests that Patrick O. Daughtery concurred
     in the filing of this document. */s/ Neil K. Sawhney*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the stipulation of the parties, the above-captioned action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own attorney's fees, expenses, and costs.

**IT IS SO ORDERED.**

Dated: January 8, 2021

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE